United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DIAZ, | No. C 06-05686 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEN CURRY, | |
| Defendant. | |

Having denied the petition for writ of habeas corpus, the Court hereby enters judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: July 10, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5686\judgment.wpd